**Honorable David G. Estudillo**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUIGI SERIO and JANELLE R. SERIO, a marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company,<br><br>Defendant. | No. 3:23-cv-05962-DGE<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## I. STIPULATION

The undersigned parties stipulate that all claims and causes of action of Plaintiffs Luigi Serio and Janelle R. Serio be dismissed with prejudice and that the Order below dismissing this case with prejudice and without an award of fees or costs may be entered.

Dated this 18th day of September, 2024.

FORSBERG & UMLAUF, P.S.

*s/Kara A. Tredway*
Ryan J. Hesselgesser, WSBA #40720
Kara A. Tredway, WSBA #44984
*Attorneys for Defendant State Farm Fire & Casualty Insurance Company*

Dated this 18th day of September, 2024.

FOREMAN STURM & THEDE, LLP

*s/Nicholas A. Thede*
Nicholas A. Thede, WSBA #43765
Kyle A. Sturm, *pro hac vice forthcoming*
Scott W. MacLaren, WSBA #53241
*Attorneys for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL – 1
CAUSE NO. 3:23-CV-05962-DGE

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

## II. ORDER

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore it is ORDERED that this case is dismissed with prejudice and without an award of attorney fees or costs to either party.

Dated: September 18, 2024.

_____
David G. Estudillo
United States District Judge

Presented by:

FORSBERG & UMLAUF, P.S.

*s/Kara A. Tredway*
_____
Ryan J. Hesselgesser, WSBA #40720
Kara A. Tredway, WSBA #44984
*Attorneys for Defendant State Farm Fire & Casualty Insurance Company*

FOREMAN STURM & THEDE, LLP

*s/Nicholas A. Thede*
_____
Nicholas A. Thede, WSBA #43765
Kyle A. Sturm, *pro hac vice forthcoming*
Scott W. MacLaren, WSBA #53241
*Attorneys for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL – 2
CAUSE NO. 3:23-CV-05962-DGE

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX